1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MOODY WOODROW TANKSLEY,               No.  2:14-cv-2299-EFB P

12              Plaintiff,

13       v.                               ORDER[1]

14   THE SACRAMENTO CALIFORNIA
     POLICE BLACKS AND WHITES
15   DEPARTMENT, et al.,

16              Defendants.

17

18          Plaintiff Moody Woodrow Tanksley is a county inmate proceeding without counsel in an

19   action brought under 42 U.S.C. § 1983.  He seeks leave to proceed in forma pauperis.  *See* 28

20   U.S.C. § 1915(a).  For the reasons explained below, he has not demonstrated he is eligible to

21   proceed in forma pauperis.

22          A prisoner may not proceed in forma pauperis:

23          if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in
            any facility, brought an action or appeal in a court of the United States that was
24          dismissed on the grounds that it is frivolous, malicious, or fails to state a claim
            upon which relief may be granted, unless the prisoner is under imminent danger of
25          serious physical injury.

26

27   _____

          [1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C.
28   § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* E.D. Cal. Local
     Rules, Appx. A, at (k)(4).

1  28 U.S.C. § 1915(g).  Court records reflect that on at least three prior occasions, plaintiff has

2  brought actions while incarcerated that were dismissed as frivolous, malicious, or for failure to

3  state a claim upon which relief may be granted.  *See* (1) *Tanksley v. Tulare County Sheriff*, No.

4  1:03-cv-6593-AWI-WMW (E.D. Cal. July 7, 2006) (order dismissing action for failure to state a

5  claim); (2) *Tanksley v. CDCR*, No. 2:08-cv-1608-GSA (E.D. Cal. Feb. 12, 2009) (order

6  dismissing action for failure to state a claim); (3) *Tanksley v. Avenal State Prison*, No. 1:08-cv-

7  0442-OWW-DLB (E.D. Cal. June 3, 2009) (order dismissing action for failure to state a claim);

8  (4) *Tanksley v. The People of The State of California*, No. 1:09-cv-643-DLB, (E.D. Cal. Apr. 6,

9  2010) (order dismissing action for failure to state a claim); and (5) *Tanksley v. Blackwell*, No.

10  1:08-cv-0093-OWW-GBC (E.D. Cal. Feb. 9, 2011) (order dismissing action for failure to state a

11  claim).

12      The section 1915(g) exception applies if the complaint makes a plausible allegation that

13  the prisoner faced "imminent danger of serious physical injury" at the time of filing. 28 U.S.C.

14  § 1915(g); *Andrews v. Cervantes*, 493 F.3d 1047, 1055 (9th Cir. 2007).  For the exception to

15  apply, the court must look to the conditions the "prisoner faced at the time the complaint was

16  filed, not at some earlier or later time." *Andrews*, 493 F.3d at 1053, 1056 (requiring that prisoner

17  allege "an ongoing danger" to satisfy the imminency requirement).  Courts need "not make an

18  overly detailed inquiry into whether the allegations qualify for the exception." *Id.* at 1055.

19      Plaintiff was confined to county jail at the time he filed his complaint.  His claims do not

20  pertain to events or conditions at the jail but instead allege that prior to his incarceration, between

21  August 2013 and September 2014, he called 9-1-1 when street gang members threatened to kill

22  him if he did not leave Sacramento.  He alleges that the police did nothing to help him.  Plaintiff's

23  allegations do not demonstrate that he suffered from an ongoing or imminent danger of serious

24  physical injury at the time he filed his complaint on October 2, 2014.  Thus, the imminent danger

25  exception does not apply.  Plaintiff's application for leave to proceed in forma pauperis must

26  therefore be denied pursuant to § 1915(g).

27  /////

28  /////

2

1    Accordingly, it is hereby ORDERED that

2    1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied; and

3    2. This action is dismissed without prejudice to re-filing upon pre-payment of the $400

4    filing fee.

5    DATED:  April 27, 2015.

6                                                    EDMUND F. BRENNAN

7                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28